IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO ANGEL ROSA, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration | : | NO. 20-5543 |

## ORDER

**AND NOW**, this 6th day of August, 2021, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 12), the Commissioner's Uncontested Motion to Remand thereto (Document No. 15) and the Court's Memorandum of today, it is hereby **ORDERED** that:

1. The Request for Review (Document No. 12) and Commissioner's Motion (Document No. 15) are **GRANTED**;

2. This case is remanded to the Commissioner so that it can be re-assigned to a properly-appointed Administrative Law Judge who is different from the one who originally heard Plaintiff's case.

**BY THE COURT:**

  */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge